THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOMINIQUE SINCLAIR**                                                                               **PLAINTIFF**

v.                                   **Case No. 4:20-cv-00189-KGB**

**UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES,** *et al.*        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Dominique Sinclair's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the relief requested.

It is so ordered this 11th day of February, 2022.

Kristine G. Baker
United States District Judge